IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARISSA BUXTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:05-CV-1212-P |
| | § | ECF |
| LOWE'S HOME CENTERS, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) or the Federal Rules of Civil Procedure and Northern District of Texas Local Rule 41.1, Plaintiff Charissa Buxton and Defendant Lowe's Home Centers, Inc. stipulate to the dismissal of all claims asserted by Plaintiff against Defendant in this action with prejudice, all costs to be borne by the party incurring the same.

Respectfully submitted,

    /s/  Debbie Lopez-Carr
Debbie Lopez-Carr & Associates, P.L.L.C.
1700 Alma Drive, Suite 190
Plano, TX 75075
Telephone:  972/208-5515
Facsimile:  972/422-5884

COUNSEL FOR PLAINTIFFS

    /s/ Stephanie K. Osteen
Shannon B. Schmoyer
State Bar. No. 17780250
Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone:  210-281-7000
Facsimile:  210-224-2035

1

Stephanie K. Osteen
State Bar No. 24002713
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTERS, INC.

## CERTIFICATE OF SERVICE

On January 8, 2007, a true and correct copy of this instrument was filed electronically, notice of the filing was served on Counsel for Plaintiff by operation of the Court's electronic filing system, and the parties may access this filing by and through the Court's electronic filing system.

On January 8, 2007, I also served the foregoing document by mailing a copy to Plaintiff's counsel of record, Debbie Lopez-Carr, 1700 Alma Drive, Suite 190, Plano, Texas 75075.

_____/s/ Stephanie K. Osteen_____

#6012128